1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3862
6 | Facsimile:      (415) 554-3837
E-Mail:         elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
SAN FRANCISCO SHERIFF DEPARTMENT AND
SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FLICK,<br><br>              Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO ACTING POLICE CHIEF, ALEX FAGAN, SR., IN HIS INDIVIDUAL CAPACITY, COUNTY SHERIFF'S DEPARTMENT; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL CAPACITY, AND SAN FRANCISCO POLICE OFFICERS DOES 1 THROUGH 35, SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 36 THROUGH 100, AND DOES 101 THROUGH 200, ALL OF WHOM ARE SUED IN THEIR INDIVIDUAL CAPACITY,<br><br>              Defendants. | Case No. C03-4022 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Conf. Date:   Nov. 1, 2013<br>Proposed Conf. Date: Nov. 8, 2013<br>Time:                          8:30 a.m.<br>Judge:                         Hon. Charles R. Breyer |

WHEREAS Plaintiff and Defendants, by and through their counsel, have met and conferred and believe that the resources of the Court and the parties would be used most efficiently by continuing the case management conference set for November 1, 2013 until November 8, 2013 at 8:30 a.m., or as soon thereafter as may be convenient for the Court and the parties;

WHEREAS counsel for Defendants will be out of town on November 1, 2013;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that a Case Management Conference should be scheduled for November 8, 2013 at 8:30 a.m., or as soon thereafter as may be convenient for the Court and the parties, and that the case management statement shall be due not less than seven (7) days prior to the conference.

Dated: September 5, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
ELIZABETH PEDERSON
Deputy City Attorney

By: */s/ Elizabeth Pederson*
ELIZABETH PEDERSON
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
SAN FRANCISCO SHERIFF DEPARTMENT
AND SAN FRANCISCO COUNTY SHERIFF
MICHAEL HENNESSEY

Dated: September 5, 2013

LAW OFFICES OF DANIEL BERKO

By: **/s/ Daniel Berko*
DANIEL BERKO
Attorneys for Plaintiff
DEBORAH FLICK

*The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney above, and shall serve in lieu of his signature.

Stipulation and [Proposed] Order to Cont CMC
USDC No. C03-4022 CRB
2
N:\pdf docs\4022flick.doc

# ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

DATED:   September 9, 2013



HONORABLE
UNITED STATES