DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3862
Facsimile:      (415) 554-3837
E-Mail:          elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
SAN FRANCISCO SHERIFF DEPARTMENT AND
SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FLICK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO ACTING POLICE CHIEF, ALEX FAGAN, SR., IN HIS INDIVIDUAL CAPACITY, COUNTY SHERIFF'S DEPARTMENT; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL CAPACITY, AND SAN FRANCISCO POLICE OFFICERS DOES 1 THROUGH 35, SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 36 THROUGH 100, AND DOES 101 THROUGH 200, ALL OF WHOM ARE SUED IN THEIR INDIVIDUAL CAPACITY,<br><br>　　　　　　Defendants. | Case No. C03-4022 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Conf. Date:　Nov. 1, 2013<br>Proposed Conf. Date:　Nov. 8, 2013<br>Time:　　　　　　　8:30 a.m.<br>Judge:　　　　　　　Hon. Charles R. Breyer |

1  WHEREAS Plaintiff and Defendants, by and through their counsel, have met and
2 conferred and believe that the resources of the Court and the parties would be used most
3 efficiently by continuing the case management conference set for November 1, 2013 until
4 November 8, 2013 at 8:30 a.m., or as soon thereafter as may be convenient for the Court and the
5 parties;
6  WHEREAS counsel for Defendants will be out of town on November 1, 2013;
7  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
8 their respective counsel of record, that a Case Management Conference should be scheduled for
9 November 8, 2013 at 8:30 a.m., or as soon thereafter as may be convenient for the Court and the
10 parties, and that the case management statement shall be due not less than seven (7) days prior to
11 the conference.

12 Dated: September 5, 2013              DENNIS J. HERRERA
                                         City Attorney
13                                       CHERYL ADAMS
                                         Chief Trial Attorney
14                                       ELIZABETH PEDERSON
                                         Deputy City Attorney
15
16                                   By: */s/ Elizabeth Pederson*
                                         ELIZABETH PEDERSON
17                                       Attorney for Defendants
                                         CITY AND COUNTY OF SAN FRANCISCO,
18                                       SAN FRANCISCO POLICE DEPARTMENT,
                                         SAN FRANCISCO SHERIFF DEPARTMENT
19                                       AND SAN FRANCISCO COUNTY SHERIFF
                                         MICHAEL HENNESSEY
20
21
22 Dated: September 5, 2013              LAW OFFICES OF DANIEL BERKO
23                                   By: **/s/ Daniel Berko*
                                         DANIEL BERKO
24                                       Attorneys for Plaintiff
                                         DEBORAH FLICK
25
26                                       *The filer of this document attests that concurrence in
                                         the filing of this document has been obtained from
27                                       plaintiff's attorney above, and shall serve in lieu of his
                                         signature.
28

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

DATED: September 9, 2013



HONORABLE
UNITED STATES