1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  ELIZABETH PEDERSON, State Bar #288184
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3862
6  Facsimile:     (415) 554-3837
   E-Mail:        elizabeth.pederson@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE DEPARTMENT,
   SAN FRANCISCO SHERIFF DEPARTMENT AND
10 SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH FLICK, | Case No. C03-4022 CRB (JCS) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO ACTING POLICE CHIEF, ALEX FAGAN, SR., IN HIS INDIVIDUAL CAPACITY, COUNTY SHERIFF'S DEPARTMENT; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL CAPACITY, AND SAN FRANCISCO POLICE OFFICERS DOES 1 THROUGH 35, SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 36 THROUGH 100, AND DOES 101 THROUGH 200, ALL OF WHOM ARE SUED IN THEIR INDIVIDUAL CAPACITY, | Hearing Date:     September 24, 2013<br>Time:              1:30 p.m.<br>Place:             450 Golden Gate, 16th Fl.<br>                   San Francisco, CA 94102<br><br>Trial Date:        None Set. |
| Defendants. | |

1   FOR GOOD CAUSE SHOWN, the Court issues the following Order:

2       After careful consideration of the request of Defendants' counsel, the Court has

3   determined that Michael Hennessey and Officers Raymond Lock, Michael Nelson, Sean Griffin

4   and Robert O'Sullivan are excused from attending the settlement conference scheduled for

5   September 24, 2013.

7   DATED:   9/11/13

                              HON. _____
                              United States Magistrate Judge

*(Signed: Judge Joseph C. Spero — United States District Court, Northern District of California seal)*