DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3862
Facsimile:    (415) 554-3837
E-Mail:       elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT,
SAN FRANCISCO SHERIFF DEPARTMENT AND
SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FLICK,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO ACTING POLICE CHIEF, ALEX FAGAN, SR., IN HIS INDIVIDUAL CAPACITY, COUNTY SHERIFF'S DEPARTMENT; SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL CAPACITY, AND SAN FRANCISCO POLICE OFFICERS DOES 1 THROUGH 35, SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 36 THROUGH 100, AND DOES 101 THROUGH 200, ALL OF WHOM ARE SUED IN THEIR INDIVIDUAL CAPACITY,<br><br>             Defendants. | Case No. C03-4022 CRB (JCS)<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE<br><br>Hearing Date:   September 24, 2013<br>Time:           1:30 p.m.<br>Place:          450 Golden Gate, 16th Fl.<br>                San Francisco, CA 94102<br><br>Trial Date:     None Set. |

1   FOR GOOD CAUSE SHOWN, the Court issues the following Order:

2   After careful consideration of the request of Defendants' counsel, the Court has
3   determined that Michael Hennessey and Officers Raymond Lock, Michael Nelson, Sean Griffin
4   and Robert O'Sullivan are excused from attending the settlement conference scheduled for
5   September 24, 2013.

7   DATED:   9/11/13

    HON. _____
    United States Magistrate Judge

    *Judge Joseph C. Spero*